UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | No. 2:11-cv-42-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| C. CHERNISS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file a response to defendants' objections to the July 31, 2013 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

Plaintiff's request (ECF No. 79) is granted and plaintiff has until September 20, 2013 in which to file his response.

So ordered.

Dated: September 5, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE