# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,            No. 2:11-cv-0042-JAM-EFB P

    Plaintiff,

  v.

C. CHERNISS, et al.,

             **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.         **AD TESTIFICANDUM**

                              /

Thomas John Heilman, CDCR # H-76785, a necessary and material witness in a trial in this case **which is now set on March 30, 2015**, is confined in the California Men's Colony, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge John A. Mendez at the U.S. District Court, Courtroom No. 6, 14th Floor, 501 I Street, Sacramento, California 95814, on Monday, March 30, 2015 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the California Men's Colony Litigation Coordinator via facsimile.

5. The court's previous writ issued on February 6, 2015 is vacated.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Men's Colony, P.O. Box 8101, San Luis Obispo, CA, 93409-8101:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Mendez at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 19, 2015.

                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE