AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

Thomas John Heilman

Plaintiff(s),

V.

C. Cherniss, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:11-cv-00042-JAM-EFB

Notice is hereby given that, subject to approval by the court, __L. Lesane, Defendant__ substitutes
(Party (s) Name)

__Tyler H. Onitsuka, Deputy Attorney General__, State Bar No. __267307__ as counsel of record in
(Name of New Attorney)

place of __Kathleen J. Williams, Leslie R. Wagley, Lakeysia Rene Beene, Matthew Ross Wilson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Office of the Attorney General |
| Address: | 1300 I Street, Sacramento, CA 95814; P.O. Box 944255, Sacramento, CA 94244-2550 |
| Telephone: | (916) 210-7557   Facsimile (916) 324-5205 |
| E-Mail (Optional): | Tyler.Onitsuka@doj.ca.gov |

I consent to the above substitution.

Date: 02/12/17

(Signature of Party (s))

I consent to being substituted.

Date: 12/5/17

Kathleen J Williams by March M Stringer (SBN 156333)
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/5/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2017

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]