# UNITED STATES DISTRICT COURT

| Eastern | District of | California |

Thomas John Heilman

           Plaintiff (s),

V.

C. Cherniss, et al.

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:11-cv-00042-JAM-EFB

Notice is hereby given that, subject to approval by the court, __C. Cherniss, Defendant__ substitutes
(Party (s) Name)

__Tyler H. Onitsuka, Deputy Attorney General__, State Bar No. __267307__ as counsel of record in
(Name of New Attorney)

place of __Kathleen J. Williams, Leslie R. Wagley, Lakeysia Rene Beene, Matthew Ross Wilson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Office of the Attorney General
    Address: 1300 I Street, Sacramento, CA 95814; P.O. Box 944255, Sacramento, CA 94244-2550
    Telephone: (916) 210-7557      Facsimile (916) 324-5205
    E-Mail (Optional): Tyler.Onitsuka@doj.ca.gov

I consent to the above substitution.

Date: 11/23/2017

(Signature of Party (s))

I consent to being substituted.

Date: 12/5/17

(Signature of Former Attorney(s)) SBN 156333

I consent to the above substitution.

Date: 11/29/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2017

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]