UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JON HEILMAN,<br><br>Plaintiff,<br><br>v.<br><br>C. CHERNISS, et al.,<br><br>Defendants. | No. 2:11-cv-0042-JAM-EFB P<br><br><br><br>ORDER AFTER HEARING |

This matter came before the court on February 7, 2018, on plaintiff's motion to reopen discovery (ECF No. 214). Jason German appeared on behalf of plaintiff and Tyler Onitsuka appeared on behalf of defendants. For the reasons stated on the record, plaintiff's motion was granted. The court further directs as follows:

1. Plaintiff proposed a three month period of additional fact discovery and, at the hearing, the court determined that the culmination of that period fell on May 8, 2018. All fact discovery should be completed by that date. Any motions to compel discovery should be filed by June 7, 2018.

2. The parties shall exchange initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1).

3. At the hearing, defendants' counsel stated that he did not intend to designate any expert witnesses at this time, excepting a situation where plaintiff designates his own expert(s)

1

and they are forced to rebut his or her testimony. The parties shall confer regarding whether a period of expert discovery to follow fact discovery is necessary. If they determine that such discovery is necessary, they must file a proposed schedule for expert discovery within twenty-eight (28) days from the date this order is filed.

So Ordered.

DATED: February 7, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE