ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
SEAN K. APPLE (SBN 305692)
sean.apple@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: +1-650-739-7500
Facsimile: +1-650-739-7699

*Attorneys for Thomas John Heilman*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>    Plaintiff,<br><br>v.<br><br>C. CHERNISS, et al.,<br><br>    Defendants. | Case No. 2:11-cv-00042-JAM-EFB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING SCHEDULE FOR<br>EXPERT DISCOVERY** |

In accordance with this Court's Order (Dkt. No. 218), Plaintiff Thomas Heilman ("Plaintiff") and Defendants Christopher Cherniss and Larry Lesane ("Defendants") have conferred regarding a schedule for expert discovery. While the parties are not certain that expert discovery will be required, the parties stipulate, subject to the Court's approval, to the following schedule for expert discovery:

(1) May 1, 2018 — Disclosure of Expert Witnesses

(2) May 24, 2018 — Disclosure of Initial Expert Reports

(3) June 14, 2018 — Disclosure of Rebuttal Expert Witnesses and Rebuttal Expert Reports

(4) June 29, 2018 — Close of Expert Discovery

The parties will notify the Court if they subsequently agree that no expert discovery will be needed.

DATED: March 8, 2018

Respectfully submitted,

*/s/ Sean K. Apple*

ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
SEAN K. APPLE (SBN 305692)
sean.apple@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: 1-650-739-7500
Facsimile: 1-650-739-7699
Attorneys for Plaintiff
THOMAS JOHN HEILMAN

*/s/ Tyler H. Onitsuka* (as authorized on March 8, 2018)

TYLER H. ONITSUKA (SBN 267307)
Tyler.Onitsuka@doj.ca.gov
Office of the Attorney General
1300 I Street
Sacramento, CA 95814
Telephone: 1-916-210-7557
Facsimile: 1-916-324-5205
Attorneys for Defendants
CHRISTOPHER CHERNISS
LARRY LESANE

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION ABOVE, IT IS SO ORDERED.

DATED: March 12, 2018.

_____
EDMUND F. BRENNAN
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
RE: SCHEDULE FOR EXPERT DISCOVERY - 2 - CASE NO. 2:11-cv-00042-JAM-EFB