1  ELIOT D. WILLIAMS (SBN 290780)
   eliot.williams@bakerbotts.com
2  JASON R. GERMAN (SBN 280837)
   jason.german@bakerbotts.com
3  SEAN K. APPLE (SBN 305692)
   sean.apple@bakerbotts.com
4  **BAKER BOTTS L.L.P.**
   1001 Page Mill Road, Suite 200
5  Palo Alto, California 94304
   Telephone:    +1-650-739-7500
6  Facsimile:    +1-650-739-7699

7  *Attorneys for Thomas John Heilman*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>         Plaintiff,<br><br>   v.<br><br>C. CHERNISS, et al.,<br><br>         Defendants. | Case No. 2:11-cv-00042-JAM-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING EXPERT DISCOVERY** |

1.  **PURPOSES**

Plaintiff filed a Motion to Extend Discovery on May 9, 2018, seeking to extend both fact and expert discovery. Dkt. No. 224. Plaintiff's motion is set for hearing on June 6, 2018. *Id.* However, the deadline to exchange initial expert reports is May 24, 2018, as set by the parties' previous stipulation regarding expert discovery. Dkt. Nos. 219 (stipulation regarding expert discovery) and 220 (Court Order entering the parties' stipulation). At least that discovery deadline will pass before Plaintiff's motion to extend discovery can be heard and decided. The parties therefore stipulate to and petition the Court to enter the following Stipulated Order Staying Expert Discovery until after Plaintiff's motion is resolved.

2.  **[PROPOSED] ORDER**

Expert discovery deadlines in this case are hereby stayed, pending the Court's resolution of

Plaintiff's Motion to Extend Discovery, Docket Number 224. The stay encompasses the deadlines previous set by this Court on March 12, 2018 for (1) disclosure of initial expert reports, (2) disclosure of rebuttal expert witnesses and rebuttal expert reports, and (3) close of expert discovery. *See* Dkt. No. 220.

DATED: May 14, 2018

Respectfully submitted,

*/s/ Sean K. Apple*

ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
SEAN K. APPLE (SBN 305692)
sean.apple@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: 1-650-739-7500
Facsimile:  1-650-739-7699
Attorneys for Plaintiff
THOMAS JOHN HEILMAN

*/s/ Tyler H. Onitsuka*
(as authorized on May 14, 2018)

TYLER H. ONITSUKA (SBN 267307)
Tyler.Onitsuka@doj.ca.gov
**Office of the Attorney General**
1300 I Street
Sacramento, CA 95814
Telephone: 1-916-210-7557
Facsimile:  1-916-324-5205
Attorneys for Defendants
CHRISTOPHER CHERNISS
LARRY LESANE

### [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION ABOVE, IT IS SO ORDERED.

DATED: May 16, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE