ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
SEAN K. APPLE (SBN 305692)
sean.apple@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: +1-650-739-7500
Facsimile: +1-650-739-7699

*Attorneys for Thomas John Heilman*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>Plaintiff,<br><br>v.<br><br>C. CHERNISS, et al.,<br><br>Defendants. | Case No. 2:11-cv-00042-JAM-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PERSON CONFINED IN PRISON** |

Plaintiff Thomas Heilman ("Plaintiff") and Defendants Christopher Cherniss and Larry Lesane ("Defendants") stipulate, subject to the Court's approval, that Plaintiff be granted leave to take the deposition of Charles Anthony Edwards (CDCR No. AG0368), who is currently confined in prison at the Mule Creek State Prison in Ione, CA, at a date and time to be mutually agreed upon between the parties and noticed by Plaintiff.

DATED: August 15, 2018

Respectfully submitted,

*/s/ Sean K. Apple*

ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
SEAN K. APPLE (SBN 305692)
sean.apple@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: 1-650-739-7500
Facsimile: 1-650-739-7699
Attorneys for Plaintiff
THOMAS JOHN HEILMAN

*/s/ Tyler H. Onitsuka*
(as authorized 8/3/2018)

TYLER H. ONITSUKA (SBN 267307)
Tyler.Onitsuka@doj.ca.gov
Office of the Attorney General
1300 I Street
Sacramento, CA 95814
Telephone: 1-916-210-7557
Facsimile: 1-916-324-5205
Attorneys for Defendants
CHRISTOPHER CHERNISS
LARRY LESANE

## [~~PROPOSED~~ ORDER]

PURSUANT TO THE STIPULATION ABOVE, IT IS SO ORDERED.

DATED: August 15, 2018.

EDMUND F. BRENNAN
United States Magistrate Judge