UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS JOHN HEILMAN, | Case No. 2:11-cv-0042-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| C. CHERNISS, et al., | |
| Defendants. | |

The parties represent that they have conferred regarding a schedule for expert discovery. The parties also represent that they have conferred regarding an extension of fact discovery.

The parties have stipulated to an extension of fact discovery from October 5, 2018 to October 12, 2018 in order to accommodate the deposition of CDCR employee Daniel Ross, as Daniel Ross is not available for deposition until the week of October 8. ECF No. 248.

The parties further stipulate to the following schedule for expert discovery:

(1) October 17, 2018 — Disclosure of Expert Witnesses

(2) November 9, 2018 — Disclosure of Initial Expert Reports

(3) December 14, 2018 — Disclosure of Rebuttal Expert Witnesses and Rebuttal Expert Reports

(4) February 15, 2019 — Close of Expert Discovery

Good cause being shown, the court will approve the foregoing discovery schedule.

So Ordered.

DATED: October 1, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE