# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>C. CHERNISS, et al.,<br><br>    Defendants. | Case No. 2:11-cv-00042-JAM-EFB<br><br>ORDER |

The parties have stipulated (ECF No. 279) to the following revised schedule for expert discovery:

(1) January 18, 2019 — Disclosure of Initial Expert Reports

(2) March 8, 2019 — Disclosure of Rebuttal Expert Witnesses and Rebuttal Expert Reports

(3) April 12, 2019 — Close of Expert Discovery.

Pursuant to that stipulation, the foregoing revision to the schedule is approved and so ordered.

DATED: December 6, 2018.

EDMUND F. BRENNAN
United States Magistrate Judge