1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
3  WILLIAM L. MCCASLIN, State Bar No. 249976
   Deputy Attorney General
4  SARAH M. BRATTIN, State Bar No. 302043
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7321
7   Fax: (916) 324-5205
    E-mail: Sarah.Brattin@doj.ca.gov
8  *Attorneys for Defendants Lesane and Cherniss*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS JOHN HEILMAN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**C. CHERNISS, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:11-cv-00042-JAM-EFB (PC)<br><br>**[~~PROPOSED~~] STIPULATION AND ORDER REGARDING FURTHER PRODUCTION OF DOCUMENTS BY CHERNISS AND CDCR**<br><br>Judge:　　　　Honorable Edmund F. Brennan<br>Trial Date:　　February 24, 2020<br>Action Filed:　January 5, 2011 |

　　　Plaintiff withdraws the pending motion to compel (ECF 300). The parties and CDCR stipulate to the following agreement.

　　　Documents produced on July 11, 2019, and any subsequent productions relating to the July 11, 2019 production, pertain to an ongoing personnel investigation involving Defendant Cherniss, which is confidential. Plaintiff's counsel agrees not to contact or depose any persons named in the documents, such as witnesses, or those persons involved in the investigatory process—for any purpose—until defense counsel notifies Plaintiff's counsel that the investigation is complete or November 12, 2019, whichever is earlier. In exchange, CDCR and Defendants will immediately

1

produce responsive documents in their possession, custody, or control, and will supplement their production as additional responsive documents become available.

    CDCR and Defendants may designate as "CONFIDENTIAL" any information they believe qualifies as "Protected Material" as defined in the parties' stipulated protective order, section 2.11. (ECF No. 222 at 3:7-8.) The parties must follow the procedures set forth in the parties' stipulated protective order, section 12.3, concerning filing of protected documents under seal, should they file any of the Protected Material with the Court. (ECF No. 222 at 11:4-13.)

DATED: August 22, 2019                      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
WILLIAM MCCASLIN
Deputy Attorney General
SARAH M. BRATTIN
Deputy Attorney General

*/s/ **R. Lawrence Bragg***

R. LAWRENCE BRAGG
Supervising Deputy Attorney General
*Attorneys for Defendants C. Cherniss and L. Lesane*

*/s/ **Jason R. German***
(as authorized on August 20, 2019)

ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
JOHN F. GAUSTAD (SBN 279893)
john.gaustad@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: 1-650-739-7500
Facsimile: 1-650-739-7699
*Attorneys for Plaintiff Thomas John Heilman*

1     Pursuant to the stipulation above, it is so ORDERED.

2

3 Dated: August 22, 2019

                                            EDMUND F. BRENNAN
4                                             United States Magistrate Judge

7 SA2017306638
14018563.docx