1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
3  WILLIAM L. MCCASLIN, State Bar No. 249976
   Deputy Attorney General
4  SARAH M. BRATTIN, State Bar No. 302043
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7334
7   Fax: (916) 324-5205
    E-mail: Lawrence.Bragg@doj.ca.gov
8  *Attorneys for Defendants Lesane and Cherniss*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS JOHN HEILMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**C. CHERNISS, et al.,**<br><br>Defendants. | 2:11-cv-00042-JAM-EFB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE RECORDS UNDER SEAL**<br><br>Judge: The Honorable John A. Mendez<br>Trial Date: February 24, 2020<br>Action Filed: January 5, 2011 |

The Court has reviewed Defendants' request to file the following documents under seal:

Ex. A – Plaintiff's Ex. No. 5 – CDCR file regarding inmate Harbor complaint;
Ex. B – Plaintiff's Ex. No. 6 – CDCR file regarding inmate Dyas complaint;
Ex. C – Plaintiff's Ex. No. 8 – CDCR file regarding inmate Cordero complaint;
Ex. D – Patillo deposition transcript (excerpts);
Ex. E- Plaintiff's Ex. No. 7 – CDCR file regarding inmate Edwards complaint;
Ex. F – Edwards deposition transcript (excerpts);
Ex. G – Plaintiff's Ex. No. 10 – CDCR file regarding Sullivan complaint;
Ex. H – Baxter EEO Complaint;
Ex. I – Plaintiff's Ex. No. 9 – CDCR file regarding Alexander complaint;
Ex. J – Plaintiff's Ex. No. 39 – Cordero's 602 against Cherniss;
Ex. K – Plaintiff's Ex. No. 40 – Heilman's declaration regarding Cordero's alleged sexual assault;
Ex. L – Plaintiff's Ex. No. 109 – Inmate Dyas OIA investigation; and
Ex. P – Plaintiff's Ex. Nos. 53-58 – OIA report and documents related to inmate Hesse investigation.

1

Good cause appearing, these documents will be filed under seal. The Court will review the information *in camera* and return them to Defendants' counsel as appropriate.

**IT IS SO ORDERED.**

Dated: October 11, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge