ELIOT D. WILLIAMS (SBN 290780)
eliot.williams@bakerbotts.com
JASON R. GERMAN (SBN 280837)
jason.german@bakerbotts.com
JOHN F. GAUSTAD (SBN 279893)
john.gaustad@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone:   +1-650-739-7500
Facsimile:    +1-650-739-7699

*Attorneys for Thomas John Heilman*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>C. CHERNISS, et al.,<br><br>         Defendants. | Case No. 2:11-cv-00042-JAM-EFB<br><br>**STIPULATION AND ORDER REGARDING DISPOSITIONAL DOCUMENTS AND RECORD REVIEW** |

At the conclusion of the October 29, 2019 settlement conference, the Court (Magistrate Judge Newman) ordered that the parties file dispositional documents within 45 days and ordered that CDCR complete its review of its files to remove or replace certain documents within 75 days. In order to allow for sufficient time to finish finalizing dispositional documents, the parties hereby stipulate, subject to the Court's approval, to the following two-week extension of these deadlines:

(1) December 27, 2019 — Dispositional documents due

(2) January 27, 2019 — CDCR complete its review of its files to remove or replace certain documents

| | |
|---|---|
| DATED: December 12, 2019 | Respectfully submitted, |
| | /s/ John F. Gaustad |
| | ELIOT D. WILLIAMS (SBN 290780)<br>eliot.williams@bakerbotts.com<br>JASON R. GERMAN (SBN 280837)<br>jason.german@bakerbotts.com<br>John F. Gaustad (SBN 279893)<br>john.gaustad@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road, Suite 200<br>Palo Alto, California 94304<br>Telephone:    1-650-739-7500<br>Facsimile:    1-650-739-7699 |
| | Attorneys for Plaintiff<br>THOMAS JOHN HEILMAN |
| | /s/ Sarah M. Brattin<br>(as authorized on Dec. 12, 2019) |
| | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>KELLY A. SAMSON, State Bar No. 266927<br>Acting Supervising Deputy Attorney General<br>SARAH M. BRATTIN, State Bar No. 302043<br>Deputy Attorney General<br>WILLIAM L. MCCASLIN, State Bar No. 249976<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-7350<br>Fax: (916) 324-5205 |
| | Attorneys for Defendants C. CHERNISS AND L. LESANE |

**ORDER**

PURSUANT TO THE STIPULATION ABOVE, IT IS SO ORDERED.

Dated: December 12, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE